**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7396

ROBERTO BAUTISTA RIVAS,

Plaintiff - Appellant,

versus

THE GEO GROUP, INCORPORATED, as the governing
body of Rivers Correctional Institution;
GEORGE SNYDER, Warden; JEANNE KEEL, Prison
Hospital Administrator; PENNY BROWN, Doctor;
GADDY LASSITER, Dr.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
Magistrate Judge.  (5:06-ct-03049-D)

Submitted: January 18, 2007       Decided:  January 23, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roberto Bautista Rivas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberto Bautista Rivas appeals the district court's order denying relief on his complaint, construed as a <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Rivas v. GEO Group, Inc.</u>, No. 5:06-ct-03049-D (E.D.N.C. July 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>